UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WASHINGTON-IDAHO OPERATING ENGINEERS-EMPLOYERS HEALTH & SECURITY TRUST FUND, THE ENGINEERS-AGC RETIREMENT TRUST FUND OF THE INLAND EMPIRE; and THE WESTERN STATES OPERATING ENGINEERS TRAINING INSTITUTE TRUST FUND;<br><br>   Plaintiffs,<br><br>   vs.<br><br>DBE ELECTRIC, INC., a Washington corporation, and AMERICAN CONTRACTORS INDEMNITY COMPANY (Bond No. 100098755),<br><br>   Defendants. | NO.   2:14-CV-0034-JLQ<br><br>**ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |

   Pursuant to the Notice of Voluntary Dismissal (ECF No. 6) filed by Plaintiffs under Fed.R.Civ.P. 41(a)(1)(A) and Local Rule 41.1(a), the Clerk of this court shall enter judgment of dismissal of the Complaint (ECF No. 1) and the claims therein without prejudice and without costs or attorneys fees to any party.  Plaintiffs' counsel shall serve a copy of this Order on Defendant DBE Electric, Inc.

   **IT IS SO ORDERED.**  The Clerk of this court shall enter this Order and judgment, forward copies to counsel, and **CLOSE** this file.

   **DATED** this 27th day of March 2014.

                    s/ Justin L. Quackenbush
                 JUSTIN L. QUACKENBUSH
           SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1