AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

WASHINGTON-IDAHO OPERATING ENGINEERS-EMPLOYERS HEALTH & SECURITY TRUST FUND, et al.,
*Plaintiff*

v.

DBE ELECTRIC, INC., a Washington corporation, et al.,
*Defendant*

Civil Action No. 2:14-CV-0034-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: The complaint is dismissed without prejudice.

This action was *(check one)*:

❒ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❒ tried by Judge ______ without a jury and the above decision was reached.

☑ decided by Judge Justin L. Quackenbush on a Notice of Voluntary Dismissal Without Prejudice.

Date: March 27, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cora Vargas

*(By) Deputy Clerk*

Cora Vargas